*Thursday, December 31, 1992*

## MOTION DOCKET

**92-2637.** MetroHealth Med. Ctr. v. Kaiser Found. Hosp. This cause originated in this court on the filing of an application for emergency relief pending resolution of expedited appeal and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that said application for emergency relief pending resolution of expedited appeal be, and the same is hereby, granted.

IT IS FURTHER ORDERED that Kaiser Foundation Hospitals and Ohio Permanente Medical Group, Inc. (collectively referred to as "Kaiser") are hereby stayed from enforcing the notice of a January 1, 1993 termination of the Hospital Services Agreement between MetroHealth Medical Center ("MetroHealth") and Kaiser; from decreasing the volume and case mix of tertiary care referrals to MetroHealth; and from referring Kaiser members in Cuyahoga County needing tertiary care services provided by MetroHealth to entities outside the MetroHealth System, pending the expedited decision of the Cuyahoga County Court of Appeals on MetroHealth's appeal (case No. 64828) of the trial court's December 9, 1992 order granting Kaiser's motion to dismiss MetroHealth's amended complaint.

MOYER, C.J., not participating.

**92-2643.** Hays v. Williams. *Champaign County*, No. 92-CA-27. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Champaign County to certify its record and as a claimed appeal as of right. Upon consideration of appellant's motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, granted, and that execution of the writ of extradition is stayed until further order of this court.

WRIGHT, J., not participating.